**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:                                                                    Case No. 8-11-bk-23253-CPM

Peter A. Mancuso, Sr. and Christine Ann Mancuso                  Chapter 13

    Debtors
_____/

**TRUSTEE'S MOTION TO DISMISS FOR**
**FAILURE TO COMPLY WITH ORDER CONFIRMING PLAN**

    JON M. WAAGE, the Chapter 13 Standing Trustee, hereby moves for the entry of an Order of Dismissal, without prejudice, and in support thereof would state as follows:

    1.    The current Debtors' Petition for Relief under Chapter 13 of the Bankruptcy Code was filed on December 22, 2011.

    2.    On May 14, 2013 the Court entered an Order Confirming Debtor's Plan. The Order Confirming Plan provided in part that the Debtors must commit all tax returns and refunds to the Plan each year during the applicable plan period beginning with tax year 2011.

    3.    It appears as though the Debtors have failed to comply with the Order Confirming Plan to provide their 2012 federal income tax return and/or any refunds they might have received. **Failure to turn over the return and any refund may result in a dismissal of your case for failure to comply with the Court Order.**

    WHEREFORE, the Trustee respectfully requests that the Court enter an Order of Dismissal, without prejudice, together with such other and further relief as the Court deems just and proper.

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished, electronically and/or by U.S. Mail, to **Peter and Christine Mancuso, Sr.**, 1754 Diamond Walk, Lakeland FL 33809 and **Ziona Kopelovich, Esquire,** Debt Relief law Offices of Tampa Bay, 5422 Trouble Creek Road, New Port Richey, FL 34652 this 25th day of July 2013.

    /s/ Jon M. Waage
    Jon M. Waage
    Chapter 13 Standing Trustee
    Post Office Box 25001
    Bradenton, Florida 34206-5001
    Phone:  (941) 747-4644
    FAX:    (941) 750-9266

JMW/lp                                                                    C13T  7/25/13